**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 29, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00741-CV

## ANNA ABATECOLA, ROBERT ABATECOLA, AND ABATECOLA LEASING, Appellants

### V.

## 2 SAVAGES CONCRETE PUMPING, LLC, AND JOSEPH LOWRY, INDIVIDUALLY, Appellees

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CV-0186**

### MEMORANDUM  OPINION

This is an appeal from an order signed September 23, 2019. On October 15, 2019, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we order the appeal dismissed.

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.